UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARCIA WATERS, | Case No. 4:18-cv-07312-KAW |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO FILE DISMISSAL WITHIN 60 DAYS; ORDER TERMINATING MOTION FOR SUMMARY JUDGMENT** |
| GENENTECH, INC., | |
| Defendant. | Re: Dkt. Nos. 76, 107 |

On May 11, 2021, the parties participated in a settlement conference, where the case settled in full and the parties signed a settlement agreement. (Minute Entry, Dkt. No. 76.) Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

Finally, in light of the executed settlement agreement, the pending motion for summary judgment (Dkt. No. 76) is TERMINATED.

IT IS SO ORDERED.

Dated: May 12, 2021

KANDIS A. WESTMORE
United States Magistrate Judge